UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 15084
    CHADWICK D BLEDSOE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

              Debtor
    SSN XXX-XX-9395

--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 06/12/2008 and was not confirmed.

    The case was dismissed without confirmation 09/18/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | UNSECURED | 12370.00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| CASTLE DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| AARONS SALES | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 110.66 | .00 | .00 |
| ALLIANCE ONE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | NOTICE ONLY | NOT FILED | .00 | .00 |
| OAK BEND | UNSECURED | NOT FILED | .00 | .00 |
| AURORA POSTAL EMPLOYEES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CENTERPOINT ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| OPTEL | UNSECURED | NOT FILED | .00 | .00 |
| TIME WARNER COMMUNICATIO | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN RADIOLOGIST | UNSECURED | NOT FILED | .00 | .00 |
| CLERK OF THE 18TH CIRCUI | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |
| RELIANT ENERGY RETAIL SE | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 574.13 | .00 | .00 |
| FINANCIAL CREDIT CORP | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANCARD CHARTER | UNSECURED | 406.98 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 480.00 | .00 | .00 |
| GENESIS FINANCIAL SOL | NOTICE ONLY | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| HARRIS & HARRIS | NOTICE ONLY | NOT FILED | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 546.58 | .00 | .00 |
| ISAC | UNSECURED | NOT FILED | .00 | .00 |
| NOWELL E BLECHA | UNSECURED | NOT FILED | .00 | .00 |
| MCI | UNSECURED | NOT FILED | .00 | .00 |
| DASHWOOD EMERGENCY | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 883.04 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PARK DANSAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1074.47 | .00 | .00 |
| RMI/MCSI | UNSECURED | 1550.00 | .00 | .00 |

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 15084 CHADWICK D BLEDSOE

| | | | | |
|---|---|---|---|---|
| ROBERT MORRIS COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE SERVICING | UNSECURED | NOT FILED | .00 | .00 |
| SHORT TERM LOAN | UNSECURED | NOT FILED | .00 | .00 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| STERLING & KING | UNSECURED | NOT FILED | .00 | .00 |
| ITT TECH | UNSECURED | NOT FILED | .00 | .00 |
| SWISS VILLAGE | UNSECURED | NOT FILED | .00 | .00 |
| TRANSOUTH FINANCIAL CORP | UNSECURED | NOT FILED | .00 | .00 |
| HOUSTON PUBLIC LIBRARY | UNSECURED | NOT FILED | .00 | .00 |
| UNION CR NB | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | 12121.99 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 1153.68 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 160.42 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 949.95 | .00 | .00 |
| AURORA POSTAL EMPLOYEES | SECURED NOT I | 6408.50 | .00 | .00 |
| INTERNAL REVENUE SERVICE | SECURED NOT I | 4092.88 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 6992.17 | .00 | .00 |
| LEEDERS & ASSOCIATES LTD | DEBTOR ATTY | 2,530.00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

Summary of Receipts and Disbursements:

--------------------------------------------------------------------------------
| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
--------------------------------------------------------------------------------
| TRUSTEE | .00 | |
| | | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| | --------------- | --------------- |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.

Dated: 12/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE